# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISTRIBUTION INTELLIGENCE SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MEDACTA USA, INC.,<br><br>Defendant. | C.A. No. 1:23-cv-00523-CFC |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

Plaintiff Distribution Intelligence Systems, LLC and defendant Medacta USA, Inc., by and through their undersigned respective counsel, hereby agree and stipulate that the time for Medacta USA, Inc. to move, answer, or otherwise respond to the Complaint (D.I. 1) is hereby extended through and including November 6, 2023.

Respectfully submitted,

| PHILLIPS, MCLAUGHLIN & HALL, P.A. | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| */s/Megan C. Haney*<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>Telephone: 302.655.4200<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com | */s/ Amy M. Dudash*<br>John V. Gorman (#6599)<br>Amy M. Dudash (#5741)<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>Telephone: 302.574.3000<br>john.gorman@morganlewis.com<br>amy.dudash@morganlewis.com |
| *Attorney for Plaintiff Distribution Intelligence Systems, LLC* | *Attorneys for Defendant Medacta USA, Inc.* |

Dated:  October 6, 2023

SO ORDERED this ___ day of _____, 2023.

_____
The Honorable Colm F. Connolly
Chief U.S. District Court Judge