# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISTRIBUTION INTELLIGENCE SYSTEMS, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 23-523-JFM ) |
| MEDACTA USA, INC., | ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Distribution Intelligence Systems, LLC hereby dismisses this action with prejudice. Defendant Medacta USA, Inc. has not yet answered the Complaint or moved for summary judgment.

Date: January 16, 2024               Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
Phillips, McLaughlin & Hall, P.A.
1200 North Broom Street
Wilmington DE, 19806
(302) 655-4200
JCP@PMHDELaw.com
MCH@PMHDELaw.com

*Attorneys for Plaintiff*

SO ORDERED this _____ day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE